E-FILED
Monday, 08 November, 2010 03:36:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID WALLACE, K69263, <br> a/k/a ALZONTA MAGEE, <br><br> Plaintiff, <br><br> - vs- <br><br> MANUEL ROJAS, et al., <br><br> Defendants. | No. 09-1286 |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME the Defendants, MANUEL ROJAS, GERARDO ACEVEDO, and ROGER E. WALKER, JR., by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56 (Fed. R. Civ. P. 56) move this Honorable Court to enter summary judgment in favor of the defendants. In support thereof, Defendants state as follows:

1. Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. Section 1997e(a), as to Defendants for his claims of First Amendment and RLUIPA violations and all Defendants on his claim that he was not allowed to participate in a religious feast and denied a kosher diet.

2. Defendants Walker and Acevedo did not punish Plaintiff for acting within his religious tenets.

3. Defendants did not violate Plaintiff's First Amendment or RLUIPA rights.

4. Defendants Walker and Acevedo were not personally involved in any alleged violation of Plaintiff's constitutional rights.

5. Defendants are entitled to qualified immunity.

6. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court enter summary judgment in their favor and against the Plaintiff.

Respectfully submitted,

MANUEL ROJAS, GERARDO ACEVEDO, and ROGER E. WALKER, JR.,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Erin L. O'Boyle
Erin L. O'Boyle, #6300442
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
(217) 782-9026 Phone
(217) 524-5091 Fax
E-Mail: EO'Boyle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID WALLACE, K69263, a/k/a ALZONTA MAGEE, <br><br> Plaintiff, <br><br> - vs- <br><br> MANUEL ROJAS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) No. 09-1286 ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I electronically filed Defendants' Motion for Partial Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

and I hereby certify that on November 8, 2010, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    David Wallace, #K69263
    a/k/a Alzonta Magee
    Hill Correctional Center
    600 S. Linwood Road
    Post Office Box 1700
    Galesburg, Illinois 61401

    Respectfully Submitted,

    s/ Erin L. O'Boyle
    Erin L. O'Boyle, #6300442
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois 62706
    (217) 782-9026 Phone
    (217) 524-5091 Fax
    E-Mail: EO'Boyle@atg.state.il.us