E-FILED
Thursday, 26 July, 2012 05:01:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID WALLACE, #K69263, a/k/a ALZONTA MAGEE, | ) ) ) |
| Plaintiff, | ) ) |
| - vs- | ) No. 09-1286 |
| MANUEL ROJAS, et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUBSTITUTION

NOW COMES, Defendant, GERARDO ACEVEDO, RICHARD GERALD, CHERYL HINTHORNE, STEVE NOTT, MANUEL ROJAS, and JAMES RUNDLE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 25(a)(1) submit their Motion for Substitution. In support thereof, Defendants state as follows:

1. On March 30, 2012, the defendants filed a Substitution of Death for Defendant Walker.

2 Plaintiff's claims were against Defendant Walker in his personal and official capacity. Additionally, Plaintiff has requested injunctive relief.

3. For the official capacity claims and the request for injunctive relief, Defendants would like to substitute the current director of the Illinois Department of Corrections, Salvador Godinez, in the place of Defendant Walker.

    Respectfully submitted,

    GERARDO ACEVEDO, RICHARD GERALD, CHERYL HINTHORNE, STEVE NOTT, MANUEL ROJAS, and JAMES RUNDLE,

      Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Erin L. O'Boyle
    Erin L. O'Boyle, #6300442
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    (217) 782-9026 Phone
    (217) 524-5091 Fax
    E-Mail: EO'Boyle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID WALLACE, K69263, ) <br> a/k/a ALZONTA MAGEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> - vs- ) <br> ) <br> MANUEL ROJAS, et al., ) <br> ) <br> Defendants. ) | No. 09-1286 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, the foregoing document, Defendants' Motion for Substitution, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on July 26, 2012, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant(s):

David Wallace, #K69263
a/k/a Alzonta Magee
Pinckneyville Correctional Center
Post Office Box 999
Pinckneyville, Illinois 62274-3410

Respectfully Submitted,

s/ Erin L. O'Boyle
Erin L. O'Boyle, #6300442
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail: EO'Boyle@atg.state.il.us