IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID WALLACE, #K69263, a/k/a ALZONTA MAGEE, | ) ) ) |
| Plaintiff, | ) ) |
| - vs- | ) No. 09-1286 ) |
| MANUEL ROJAS, et al., | ) ) |
| Defendants. | ) |

### DEFENDANT'S RESPONSE TO THE COURT'S INQUIRIES

NOW COMES, Defendant MANUEL ROJAS, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and for his Response to the Court's August 29, 2012, Inquiries states as follows:

1.  On August 28, 2012, the Court ruled on Defendants' dispositive motion, dismissing all defendants but Defendant Rojas. (Court Doc. 121). The Court requested additional information before making a final ruling on the remaining issues. The Court issued six questions that it requested a response for. Defendant Rojas' responses are below.

2.  The Courts first question asked what religion Plaintiff was when he arrived to Hill Correctional Center (Hill). The attached Offender Tracking System printout indicates that upon arrival at Hill, Plaintiff was a member of the House of Yahweh. (Exhibit 1).

3.  In its second question, the Court asked if Plaintiff requested any change in his religious affiliation during the relevant time period and if so, when did it occur, did he follow the proper procedures and when was it approved? Exhibit 1 indicated that Plaintiff's religion was changed to Judaism on December 1, 2010, which was while the Plaintiff was still at Hill.

This indicated Plaintiff made a proper request to have his religion changed. Defendant Rojas also believes that at some point during his stay at Hill, Plaintiff requested to have his religion changed to African Hebrew Israelite and Plaintiff was listed as an African Hebrew Israelite participant from April 26, 2008, until October 11, 2008, from November 22, 2008, until October 15, 2009, from November 25, 2009, until December 30, 2009 and from February 2, 2010, until November 7, 2010. (Exhibit 2). Plaintiff's participation in this religion indicates that he made a proper request to the facility to become an African Hebrew Israelite.

4. The Court then asks if Plaintiff's approved religious affiliation had any impact on his request for a kosher diet or to participate in the Feast of Unleavened Bread. Plaintiff's participation in the African Hebrew Israelite religion did impact his ability to participate in the Feast of Unleavened Bread because African Hebrew Israelites do not have any special foods related to the Feast of Unleavened bread, as other religions do. African Hebrew Israelites merely abstain from eating leavening agents.

5. The next question asked by the Court was whether Plaintiff requested a Kosher diet, and if so, did he follow the proper procedures and when was his diet request approved. If there was any delay, the Court requests an explanation of the delay. Plaintiff did request a kosher diet. While Plaintiff followed proper procedure for his request, it was denied as it was not in adherence with his African Hebrew Israelite religion. Members of the African Hebrew Israelite religion do not eat meat and the kosher diet would conflict with this belief. Upon Plaintiff's change to the Jewish religion he has been approved for and is receiving a kosher diet.

6. The Court next asks when the Plaintiff made a request to participate in the Feast of Unleavened Bread, whether Plaintiff followed proper procedure when making his

request, and if the request was approved. If there was a delay in approving the request, that delay is to be explained. Plaintiff did request to participate in the Feast of Unleavened Bread in 2008. However, he did not follow proper procedure because he did not submit his request more than 45 days from the Feast. His request was denied for this reason. Although, as an African Hebrew Israelite, his request would have been denied because members of the African Hebrew Israelite religion do not need permission to participate in the Feast of Unleavened Bread. African Hebrew Israelites do not have special food that must be requested to participate in the Feast.  Religions that follow a kosher diet do have to request to participate in the Feast because they do require additional special food that must be ordered in advance of the Feast.

       7.      Finally, the Court asks for an explanation of the distinction in activities or diet required for an African Hebrew Israelite. African Hebrew Israelites are vegan. They do not eat animal flesh, eggs, or milk due to the possibility of blood contaminates.

                  Respectfully submitted,

                  MANUEL ROJAS,

                    Defendant,

                  LISA MADIGAN, Attorney General,
                  State of Illinois

By:  s/ Erin L. O'Boyle
     Erin L. O'Boyle, #6300442
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois  62706
     (217) 782-9026  Phone
     (217) 524-5091  Fax
     E-Mail:  EO'Boyle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |  |
|---|---|---|
| DAVID WALLACE, K69263, <br> a/k/a ALZONTA MAGEE, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| - vs- | ) <br> ) | No. 09-1286 |
| MANUEL ROJAS, et al., | ) <br> ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2012, the foregoing document, Defendants' Response to the Court's Inquiries, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

and I hereby certify that on September 11, 2012, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant(s):

    David Wallace, #K69263
    a/k/a Alzonta Magee
    Pinckneyville Correctional Center
    Post Office Box 999
    Pinckneyville, Illinois 62274-3410

    Respectfully Submitted,

    _s/ Erin L. O'Boyle_
    Erin L. O'Boyle, #6300442
    Assistant Attorney General
    500 South Second Street
    Springfield, Illinois  62706
    (217) 782-9026  Phone
    (217) 524-5091  Fax
    E-Mail: EO'Boyle@atg.state.il.us