Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
JAN 0 7 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Alzonta Magee**

vs.  Case Number: 09-1286

**Manuel Rojas, S S Nott, Richard Gerald
Cheryl Hinthorne, Warden Gerardo Acevedo,
Roger E. Walker, Michael Randle, James Rundle,
James Rundle, Salvador Godinez**

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant, Manuel Rojas and against Plaintiff, Alzonta Magee pursuant to Federal Rule of Civil Procedure 50. Defendant Randle was dismissed pursuant to 28 U.S.C. Sec 1915A on August 2, 2010. The remaining Defendants, Nott, Gerald, Hinthorne, Acevedo, Walker, Rundle and Godinez were dismissed pursuant to Federal Rule of Civil Procedure 56 on August 28, 2012. This case is terminated.

Dated: 1\7\14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court